| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) Barbier, Carl J | 2. Court or Organization U.S. District Court, E.D. La. | 3. Date of Report 5/15/2005 |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge-Active | 5. Report Type (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address 500 Poydras Street New Orleans, LA 70130 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date _____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only, see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member, Board of Directors | Loyola Law Alumni Association |
| 2. Member, Board of Directors | Federal Bar Assoc.-New Orleans Chapter |
| 3. Member, Executive Committee | St. Thomas More Inn of Court (Loyola Law School) |
| 4. Member, Board of Directors | New Orleans Bar Association |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED MAY 16 2 16 PM '05 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (Yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Federal Bar Association | FBA Mid-Year Meeting ,Washington, D.C., 04/01-04/04/04 (Transportation, lodging, food) |
| 2. | | |
| 3. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbier, Carl J | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. DN BankBoston N.A. (CD) | B | Interest | | | redemption | 05/03 | K | A | |
| 2. U.S. Treasury Zero Strips | B | Interest | K | T | | | | | |
| 3. Sou. Calif Edison First&RefMtg Bonds | A | Interest | | | redemption | 01/26 | K | A | |
| 4. Mountain States Tel & Telegraph (Bonds) | B | Interest | | | redemption | 05/03 | K | A | |
| 5. New England Tel & Teleg (Bonds) | A | Interest | | | redemption | 03/06 | J | A | |
| 6. Kansas Gas & Electric Co (Bond) | A | Interest | J | T | | | | | |
| 7. Northwestern Bell Tel Co (Bonds) | B | Interest | K | T | | | | | |
| 8. Bell Telephone Co of Pa (Bond) | A | Interest | J | T | | | | | |
| 9. Mountain States Tel & Teleg (Bonds) | B | Interest | K | T | | | | | |
| 10. GTE South Debenture (Bond) | A | Interest | J | T | | | | | |
| 11. Florida Power Company (Bonds) | A | Interest | J | T | | | | | |
| 12. Potomac Electric Power Co (Bonds) | B | Interest | K | T | | | | | |
| 13. ITT Corp Sr. Debenture | A | Interest | J | T | | | | | |
| 14. General Foods Corp (Bonds) | C | Interest | K | T | | | | | |
| 15. Kerr McGee Corp (Bond) | A | Interest | J | T | | | | | |
| 16. Tenn. Gas Pipeline Debenture | B | Interest | K | T | | | | | |
| 17. United Airlines Inc. (Bond) | A | Interest | J | T | | | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| Description of Assets (including trust assets) | Income | | Value | | Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Amount Code 1 (A-H) | (2) | Value | (2) | (1) merger, redemption | (2) Day | (3) (J-P) | (4) (A-H) | (5) private transaction |
| | A | | | | | | | | |
| | A | | K | | | | | | |
| | A | | | | redemption | | J | | |
| | | | | | | | K | A | |
| | | | | | | | K | | |
| | | | K | | | | K | | |
| | A | | | | | | | | |
| | A | Interest | K | | | | K | | |
| | | | K | | | | | | |
| | A | | | | | | | | |
| | A | Interest | | | | | | | |
| 32. USX Corp Debentures | B | Interest | K | T | | | | | |
| 33. Coca Cola Ent. Inc. Debentures Sep 15 2022 | C | Interest | L | T | | | | | |
| 34. Utilicorp United, Inc. (Bond) | A | Interest | J | T | | | | | |
| 35. USX Marathon Grp Debentures Mar 01 2023 | C | Interest | L | T | Buy | 04/29 | K | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbier, Carl J | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 36. Anheuser Busch Cos Inc Bonds May 15 2023 | A | Interest | K | T | Buy | 05/11 | K | | |
| 37. Chesapeake & Potomac Tel Co Debentures May 01 2023 | B | Interest | K | T | | | | | |
| 38. U.S. West Comm. Debenture | B | Interest | K | T | | | | | |
| 39. Gen Motors Corp Global Bds July 15 2023 | A | Interest | J | T | Buy | 12/09 | J | | |
| 40. USX Marathon Group Debentures July 15 2023 | B | Interest | K | T | | | | | |
| 41. Wisconsin Publ Serv (Bond) | A | Interest | | | Redemption | 01/20 | J | A | |
| 42. Atl. City Elec Co First & Ref (Bond) | B | Interest | | | Redemption | 05/13 | K | A | |
| 43. Ark Pwr & Light Co. (Bond) Oct 01 2023 | A | Interest | J | T | | | | | |
| 44. Southern Union Co. Debentures | A | Interest | J | T | | | | | |
| 45. Time Warner Cos Inc Debentures | B | Interest | K | T | | | | | |
| 46. Virginia Elec & Pwr Co.(Bond) | A | Interest | | | Redemption | 01/01 | J | A | |
| 47. Wisconsin Bell Inc. Debentures | B | Interest | K | T | | | | | |
| 48. New Jersey Bell Tel. Co Deben | A | Interest | J | T | | | | | |
| 49. Illinois Bell Tel Co Debentures | A | Interest | J | T | | | | | |
| 50. Southern Cal Edison Co (Bond) | A | Interest | | | Redemption | 01/26 | J | A | |
| 51. Texas Utilities Elec Co First Mtg Bonds | B | Interest | | | Redemption | 07/07 | K | A | |
| 52. Citizens Utilities Co Notes | C | Interest | K | T | | | | | |
| 53. Burlington Resources Inc Debentures | B | Interest | K | T | | | | | |

1. Income-Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,001-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 54. GTE South, Inc. Deb(Bond) | A | Interest | J | T | | | | | |
| 55. Pacific Gas & Elec 1st Ref Mtg Bds | C | Interest | | | Sell | 04/12 | K | A | |
| 56. Indiana Bell Tel Debentures  Aug 15 2026 | D | Interest | M | T | Buy | 01/14 | L | | |
| 57. Pac. Gas & Elec. Co First & Ref Mtg | B | Interest | | | Sell | 04/12 | K | A | |
| 58. Southwestern Bell Tel Debenture | A | Interest | J | T | | | | | |
| 59. Bristol Meyers Squibb Deben Nov 15 2026 | B | Interest | K | T | Buy | 04/14 | K | | |
| 60. Hydro Quebec Deb Ser GQ MBIA-IBC | B | Interest | K | T | | | | | |
| 61. Phillip Morris Cos Inc Debentures | B | Interest | K | T | | | | | |
| 62. GTE Calif Inc Debentures  May 15 2027 | B | Interest | K | T | Buy | 04/14 | K | | |
| 63. Hershey Foods Corp Deb | A | Interest | J | T | | | | | |
| 64. Sears Roebuck Accept Deben | A | Interest | J | T | Buy | 04/28 | J | | |
| 65. GTE Florida (Bond) | A | Interest | J | T | | | | | |
| 66. Bell Atlantic Corp Deben | B | Interest | K | T | Buy | 01/22 | K | | |
| 67. GTE Corp Debentures    Apr 15 2028 | B | Interest | K | T | Buy | 04/14 | K | | |
| 68. Unocal Corp Debentures | B | Interest | K | T | | | | | |
| 69. Bell Atlantic Penn Bonds | A | Interest | J | T | | | | | |
| 70. Union Oil Co of Calif Senior Notes | B | Interest | K | T | | | | | |
| 71. Amerada Hess Corp Bonds    Oct 01 2029 | B | Interest | K | T | Buy | 04/06 | J | | |

Income/Gain Codes    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
Value Codes    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,001-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
(See Column C2)    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash Market
    U = Book Value    V = Other    W = Estimated

| | Amount Code 1 (A-H) | (2) int ) | Value Code (1) | (2) Value (Q-W) | merger, redemption) | (2) | (3) | (4) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| | | | K | | | | J | | |
| | | | K | | | | | | |
| | | | K | | | | | | |
| | | | | | | | | K | |
| | | | | | | | J | A | |
| | | | K | | | | | | |
| | | | J | | | | | | |
| | | | | | | | | A | |

1. Income Gain Codes        A = $1,000 or less        B = $1,001-$2,500        D = $5,001-$15,000        E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000      G = $100,001-$1,000,000   H2 = More than $5,000,000
2. Value Codes              J = $15,000 or less       K = $15,001-$50,000       M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,001-$500,000     O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
                                                                                  P4 = More than $50,000,000
3. Value Method Codes                                 R = Cost (Real Estate Only)                              U = Book Value
   (See Column C2)           Q = Appraisal            V = Other                 W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barbier, Carl J | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 90. La Pub Facs Auth Hsp Rv Womans Hp(muni bond) | A | Interest | J | T | | | | | |
| 91. Ascension Prh La Prhwide Sch Dist Mar 01 10 (muni bonds) | A | Interest | J | T | | | | | |
| 92. Alexandria La Utils Rev Ser B (muni bond) | A | Interest | | | Redemption | 05/03 | J | A | |
| 93. Orleans Par La Phwide Sch Dist Sept 01 10 (muni bond) | A | Interest | J | T | | | | | |
| 94. Shreveport La Wtr & Swr Rev Ser B Dec 01 10 (muni bond) | B | Interest | K | T | | | | | |
| 95. New Orleans La EHA HTL Rv Jan 15 11 (muni bond) | | None | J | T | | | | | |
| 96. St. Tammany Prsh Wide Sch No.12 Ser A Mar 01 11 (muni bond) | A | Interest | J | T | | | | | |
| 97. Ascension Par La Pwde Sch Dist (muni bond) | A | Interest | | | Redemption | 03/01 | J | A | |
| 98. St. Tammany Prsh Wide Sch Dist 12 Ser A Mar 01 12(Muni Bond) | B | Interest | K | T | | | | | |
| 99. Texas A&M Univ Revs Fing Sys May 15 12 (muni bond) | A | Interest | J | T | | | | | |
| 100. Louisiana St Ser B Aug 01 12 (muni bond) | A | Interest | J | T | | | | | |
| 101. Orleans Par La Sch Brd Sep 01 12 (muni bond) | A | Interest | J | T | | | | | |
| 102. La Pub Facs AT RV Gen Nov 01 12 (muni bond) | A | Interest | J | T | | | | | |
| 103. Jeff Prsh La SB Sls&Use Tax- Feb 01 13 (muni bonds) | A | Interest | J | T | | | | | |
| 104. La Pub Facs AT RV Hlth Facs A Ref Jun 01 13 (muni bond) | A | Interest | J | T | | | | | |
| 105. Shreveport La Wtr-Swr Rv Ser B Dec 01 13 (muni bond) | A | Interest | J | T | | | | | |
| 106. La St Unv.-Agric Mchnl Clg Unv Rv (muni bond) | A | Interest | | | Redemption | 07/01 | J | A | |
| 107. La Pub Fac AT HSP Rev Ser A Nov 01 14 (muni bond) | A | Interest | J | T | | | | | |

1. Income Gain Codes   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,001-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barbier, Carl J | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 108. La Pub Fac AT HSP Rev Ser B Nov 01 14 (muni) | A | Interest | J | T | | | | | |
| 109. La Pub Facs Auth Rev Gen Nov 01 14 (muni bond) | A | Interest | J | T | | | | | |
| 110. Lafayette La Pub Impt Sales Tx (muni bond) | A | Interest | | | Redemption | 05/03 | J | A | |
| 111. New Orleans La Home Mtg Jun 01 15 (muni bond) | A | Interest | J | T | | | | | |
| 112. La. St Ofc Fc Cptl Cmplx PG-Ser A Mar 01 16 (muni bond) | A | Interest | K | T | | | | | |
| 113. Jeff Par La Hosp Svc Dt 2 Rv (muni bond) | A | Interest | | | Redemption | 10/19 | J | A | |
| 114. Terrebonne Prh Hsp Svc Dt No. 1 Hsp Rv Rf Apr0117(muni bond) | A | Interest | J | T | | | | | |
| 115. La Pub Fcs At Rev Tulane Univ A-1 Nov 15 17 (muni bonds) | A | Interest | J | T | | | | | |
| 116. Bossier City La Pub Impt Sls Use-TxRv Rf | A | Interest | J | T | | | | | |
| 117. Jefferson Parish La Hosp Svc Dt #001 Rev | A | Interest | | | Redemption | 09/24 | J | A | |
| 118. EBR Parish La Sales-Use Tx Feb 01 20 (muni bonds) | B | Interest | K | T | | | | | |
| 119. Jeff Parish La Sch Brd Sls-Tax Rv Mar 01 20 (muni bonds) | A | Interest | J | T | | | | | |
| 120. Coppell Tex Indpt Sch Dist. Rfdg Aug 15 20 (municipal bond) | B | Interest | K | T | | | | | |
| 121. Calcasieu Ph La Pub Tr AT Std Lse Rev May 01 21 (muni bd) | B | Interest | K | T | | | | | |
| 122. Calcasieu Parish La SD #33 Pub Sch Impt Jul 15 21 (muni bd) | A | Interest | J | T | | | | | |
| 123. Bossier Parish La Sales & Use Tax Jul 01 21 | B | Interest | K | T | | | | | |
| 124. Harris Cnty TEx Toll Rd Rev Aug 15 21 (muni bond) | B | Interest | L | T | | | | | |
| 125. Orleans Prsh La Prhwde Sch Dist Ser A Sep 01 21 (muni bd) | B | Interest | K | T | | | | | |

Name of Person Reporting

Barbier, Carl J

Date of Report

5/15/2005

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 126. East B.R. Par La Sales Use Tax FGIC Feb 01 22 (muni bd) | A | Interest | K | T | Buy | 06/01 | K | | |
| 127. N.O. La Pub Impt Ser A Dec 01 22 (muni bond) | A | Interest | J | T | Buy | 05/14 | J | | |
| 128. Jefferson La Sales Tax Dt Spl Sls Tax Dec 01 22 (muni bond) | B | Interest | K | T | | | | | |
| 129. St Chas Par La Env Rev La Pwr & Lt Co Ser A May01 23 (muni) | A | Interest | J | T | | | | | |
| 130. Ernest Morial N.O. La Exh Jul 15 25 (muni bond) | A | Interest | J | T | Buy | 09/20 | J | | |
| 131. Louisiana Pub Facs Auth Hosp Rev A Rfdg Jul 01 25 | A | Interest | K | T | | | | | |
| 132. State Colleges & Univ La Lease Rev Univ Sep 01 26 | B | Interest | K | T | | | | | |
| 133. Louisiana Pub Facs Auth Rev Tulane A Jul 01 27 (muni bond) | A | Interest | J | T | | | | | |
| 134. Ernest N Morial-New Orleans La Exhb Hall AT Jul 15 27 (muni) | A | Interest | J | T | | | | | |
| 135. Monroe La Sales & Use Tax Rev Ser A Jul 01 27 | A | Interest | K | T | Buy | 11/02 | L | | |
| 136. La Pub Fcs AT REV Tulane Univ La A Nov 15 27 | A | Interest | J | T | Buy | 04/27 | J | | |
| 137. La Pub Facs Auth Rv Rf Dillard Feb 01 28 | A | Interest | J | T | Buy | 10/20 | J | | |
| 138. Jeff Prh La Hsp Svc Dist #2 Hosp Rev Jul 01 28 | B | Interest | K | T | Buy | 04/06 | K | | |
| 139. Louisiana LCL Gvt Enviro FC CDA RV Tech Jul 01 28 | B | Interest | K | T | | | | | |
| 140. La St Gas & Fuels Tax Rev Ser A Jun 01 32 | A | Interest | J | T | Buy | 07/26 | J | | |
| 141. Louisiana Pub Facs Auth Rev Tulane A Ju 01 32 (muni bond) | C | Interest | L | T | | | | | |
| 142. Calcasieu Parish La Pub Tr AT STD LSE REV May 01 33 (muni) | B | Interest | K | T | | | | | |
| 143. Greater New Orleans Expwy Commn La RV Nov 01 33 (muni) | B | Interest | K | T | | | | | |

1. Income Gain Codes    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,001-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
    P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barbier, Carl J | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 144. Merrill Lynch Bank USA RASP (money market) | A | Interest | J | T | | | | | |
| 145. Mountain States Tel & Teleg Aug 01 07 Debenture (Bond) | A | Interest | J | T | | | | | |
| 146. GTE South Debenture Feb 15 08 (Bond) | A | Interest | J | T | | | | | |
| 147. Transamerica Finl Corp Debenture (Bond) | A | Interest | | | Redemption | 11/15 | J | A | |
| 148. Cooper Tire & Rubber Co Notes Dec 15 19 (Bond) | A | Interest | J | T | | | | | |
| 149. Potomac Elec. Power Company (bond) | A | Interest | | | Redemption | 04/27 | J | A | |
| 150. Phillip Morris Cos Inc Debentures Jan 15 27 (Bonds) | B | Interest | K | T | | | | | |
| 151. Citigroup Capital XI Trust Pfd Secs Cum Sep 27 34 (Bonds) | A | Interest | J | T | Buy | 11/09 | J | | |
| 152. Merrill Lynch Basic Value Fd Cl A (stock mutual fund) | A | Dividend | J | T | | | | | |
| 153. Merrill Lynch Basic Value Fd Cl B (stock mutual fund) | A | Dividend | K | T | | | | | |
| 154. Brandywine Fund (stock mutual fund) | | None | M | T | | | | | |
| 155. Strong Common Stock (stock mutual fund) | D | Distribution | L | T | | | | | |
| 156. Strong Short Term Bond Fund (bond fund) | A | Dividend | J | T | Sell(partial | 2004 | K | A | |
| 157. Vanguard Ttl Stk Mkt Index Fund | C | Dividend | N | T | Div Reinvest | 2004 | J | | |
| 158. Vanguard Prime MM Fund | A | Dividend | J | T | Sell(partial | 2004 | J | A | |
| 159. Vanguard GNMA Fund | B | Dividend | K | T | Div Reinvest | 2004 | J | | |
| 160. Hibernia National Bank (checking & savings accts) | A | Interest | K | T | | | | | |

1. Income Gain Codes      A = $1,000 or less      B = $1,001-$2,500      C = $2,501-$5,000      D = $5,001-$15,000      E = $15,001-$50,000
   (See Columns B1 and D4)      F = $50,001-$100,000      G = $100,001-$1,000,000      H1 = $1,000,001-$5,000,000      H2 = More than $5,000,000
2. Value Codes      J = $15,000 or less      K = $15,001-$50,000      L = $50,001-$100,000      M = $100,001-$250,000
   (See Columns C1 and D3)      N = $250,001-$500,000      O = $500,001-$1,000,000      P1 = $1,000,001-$5,000,000      P2 = $5,000,001-$25,000,000
                                                   P3 = $25,000,001-$50,000,000      P4 = More than $50,000,000
3. Value Method Codes      Q = Appraisal      R = Cost (Real Estate Only)      S = Assessment      T = Cash/Market
   (See Column C2)      U = Book Value      V = Other      W = Estimated

# FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Barbier, Carl J

Date of Report

5/15/2005

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | | Date of Report |
|---|---|---|---|
| | Barbier, Carl J | | 5/15/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

Date _May 09, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

## FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544